■ WILLIAM V. BRADLEY, as President of INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, et al., Appellants, v. WATERFRONT COMMISSION OF NEW YORK HARBOR et al., Respondents.— Judgment declaring section 8 of the Waterfront Commission Act, as amended by chapter 211 of the Laws of 1961, constitutional, unanimously modified, on the law, by striking therefrom the second adjudicatory paragraph, and, as so modified, affirmed, with costs to defendants-respondents. (See *Rockland Light & Power Co.* v. *City of New York,* 289 N. Y. 45, 50.) Settle order on notice. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ. [30 Misc 2d 518.]

■ P. S. SALEH, INC., Appellant, v. SINASON-TEICHER INTER AMERICAN GRAIN CORP., Respondent.— Order entered on May 9, 1961, granting defendant's motion for summary judgment, unanimously reversed on the law, with $20 costs and disbursements to the appellant, and the motion denied. The determination as to whether or not a binding agreement was entered into between these parties requires the determination of factual issues which can be resolved only through a trial. The communications exchanged, while containing all the essential terms of a contract, do not permit of a finding at this point as to whether or not agreement on such terms was reached. A fuller development of the facts through testimony appears to be necessary. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.